Norman B. CALVERT, Petitioner–Appellant,

v.

USA, Respondent–Appellant.

Docket Nos. 05–0242–PR, 00–2352.

United States Court of Appeals, Second Circuit.

July 22, 2005.

---

\* The Honorable David N. Hurd, United States District Judge for the Northern District of

New York, sitting by designation.

Norman Calvert, Clinton Correctional Facility, Dannemora, New York, (on submission), pro se.

Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York (David C. James, Peter A. Norling, of counsel), Brooklyn, New York, for Respondent–Appellee (on submission).

Present: WESLEY, HALL, Circuit Judges, and TRAGER, District Judge.[1]

### SUMMARY ORDER

Norman B. Calvert appeals from a judgment of the United States District Court for the Eastern District of New York (Amon, *J.*) entered October 18, 2004. He also moves this Court to consolidate appeal No. 05–0242–pr with appeal No. 00–2352. We assume familiarity by the parties as to the facts, the procedural context, and the specification of issues.

We construe Calvert's motion to consolidate as both a request to reopen appeal No. 00–2352 and a motion to consolidate that appeal with appeal No. 05–0242. We grant the request to reopen and the motion to consolidate the appeals. We affirm the judgments underlying both appeals for substantially the reasons stated by the district court in those cases.

[1]. The Honorable David G. Trager of the United States District Court for the Eastern District

The motion to consolidate appeals No. 05–0242–pr and No. 00–2352 is construed as a request to reopen appeal No. 00–2352 and a motion to consolidate appeals No. 05–0242–pr and No. 00–2352. The request to reopen appeal No. 00–2352 is **GRANTED**. The motion to consolidate appeals No. 05–0242–pr and No. 00–2352 is **GRANTED**. The judgment entered in Civil Case No. 99–cv–8296 on August 9, 2001, and appealed in appeal No. 00–2352 is **AFFIRMED,** and the judgment entered in Civil Case No. 03–cv–5794 on October 18, 2004 and appealed in appeal No. 05–0242 is **AFFIRMED.**